```
 1  JOSEPH SCHLESINGER, #87692
    Acting Federal Defender
 2  ANGELES ZARAGOZA, #270198
    Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5

 6  Attorney for Defendant
    ROBERT LEE PERRY JR.
 7

 8
                    IN THE UNITED STATES DISTRICT COURT
 9
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11

12  UNITED STATES OF AMERICA,    ) No. 13-CR-0049 LKK
                                 )
13              Plaintiff,       )
                                 ) STIPULATION AND ORDER ORDERING
14       v.                      ) PRE-PLEA PRESENTENCE CRIMINAL
                                 ) HISTORY REPORT
15  ROBERT LEE PERRY JR.,        )
                                 ) Judge: Hon. Lawrence K. Karlton
16              Defendant.       ) Date:  May 7, 2013
                                 ) Time:  9:15 a.m.
17  _____)

18       The parties mutually request that the Court order the U.S.
19  Probation office to prepare a Pre-Plea Presentence report.  Defense
20  investigation of this issue suggests results of such a review and
21  report may have a substantial ameliorative effect on advisory guideline
22  computations and a consequential beneficial effect on the ability of
23  the parties to reach mutually agreeable terms of resolution of the case
24  without trial.
25       The court is advised that defense counsel has conferred with
26  Supervising U.S. Probation Officer Hugo Ortiz who has advised that five
27  to six weeks is needed for the probation office to perform this task.
28  He has also advised that the Probation Office needs an order from the
```

court directing them to undertake this inquiry. A proposed order as requested by Mr. Ortiz follows this stipulation. The court's deputy clerk has advised defense counsel that the court is available for status conference on May 7, 2013, thereby allowing the Probation Office the time they require to prepare the requested report.

For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of March 19, 2013 to May 7, 2013, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

**IT IS SO STIPULATED.**

Date: March 15, 2013　　　　　　　/s/ Olusere Olowoyeye
　　　　　　　　　　　　　　　　OLUSERE OLOWOYEYE
　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　Counsel for Plaintiff


Date: March 15, 2013　　　　　　　JOSEPH SCHLESINGER
　　　　　　　　　　　　　　　　Acting Federal Defender


　　　　　　　　　　　　　　　　/s/ Angeles Zaragoza
　　　　　　　　　　　　　　　　ANGELES ZARAGOZA
　　　　　　　　　　　　　　　　Assistant Federal Defender
　　　　　　　　　　　　　　　　Counsel for Defendant
　　　　　　　　　　　　　　　　ROBERT LEE PERRY JR.

**O R D E R**

The above stipulation of the parties is accepted.

The probation office is directed to conduct the complete Pre-Plea Presentence investigation requested in the above stipulation and report its results to counsel for each of the parties on or before May 7, 2013, unless a later date is subsequently set by the court.

**IT IS SO ORDERED.**

By the Court,

Date: March 18, 2013

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT