```
1  JOSEPH SCHLESINGER, #87692
   Acting Federal Defender
2  ANGELES ZARAGOZA, #270198
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   ROBERT PERRY
6
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Cr.S. 13-0049-LKK |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER CONTINUING** |
|  | ) **STATUS CONFERENCE AND EXCLUDING** |
| v. | ) **TIME** |
|  | ) |
| ROBERT PERRY, | ) DATE: June 18, 2013 |
|  | ) TIME: 9:15 a.m. |
| Defendant. | ) JUDGE: Hon. Lawrence K. Karlton |
| _____ | ) |

ROBERT PERRY by and through his counsel, ANGELES ZARAGOZA, Assistant Federal Defender, and OLUSERE OLOWOYEYE, Assistant United States Attorney, hereby agree that the status conference set for May 7, 2013, be continued to June 18, 2013, at 9:15 a.m..

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant and to continue investigating the facts of the case.

Counsel, along with the defendant, agree that the time from the date of this order through June 18, 2013, should be excluded in computing the time within which trial must commence under the Speedy Trial Act, §§3161(h)(7)(A)and(B)(iv) and Local Code T4, [reasonable time to prepare] and that the ends of justice served by this continuance outweigh the best interests of the public and the

defendants in a speedy trial.

DATED: May 2, 2013                Respectfully submitted,

                                  JOSEPH SCHLESINGER
                                  Acting Federal Defender

                                  /S/ Angeles Zaragoza
                                  ANGELES ZARAGOZA
                                  Assistant Federal Defender
                                  Attorney for Defendant
                                  ROBERT PERRY

DATE: May 2, 2013                 BENJAMIN B. WAGNER
                                  United States Attorney

                                  /S/ Angeles Zaragoza for
                                  OLUSERE OLOWOYEYE
                                  Assistant United States Attorney

**O R D E R**

IT IS HEREBY ORDERED that this matter is continued to Tuesday, June 18, 2013, at 9:15 a.m., for further Status Conference.

IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161 (h)(7)(B)(iv) and Local Code T4, the period from the date of this stipulation up to and including June 18, 2013, is excluded from the time computations required by the Speedy Trial Act due to ongoing preparation of counsel, and that the ends of justice served by this continuance outweigh the best interests of the public and the defendants in a speedy trial.

Dated: May 6, 2013

                                  LAWRENCE K. KARLTON
                                  SENIOR JUDGE
                                  UNITED STATES DISTRICT COURT

2