BENJAMIN B. WAGNER
United States Attorney
OLUSERE OLOWOYEYE
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2891

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. 2:13-cr-0049 LKK |
| Plaintiff, | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE |
| v. | |
| ROBERT LEE PERRY JR., | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between Plaintiff United States of America and Attorney Angeles Zaragoza on behalf of Defendant ROBERT LEE PERRY JR., that the status conference scheduled for June 18, 2013, be continued to July 9, 2013, at 9:15 a.m.

The request to continue the status conference is made to allow for counsel to request state court conviction records, further investigate the potential application of U.S.S.G. § 4B1.4, Armed Career Criminal, and to allow counsel reasonable time necessary for effective preparation in light of those findings. The parties believe that the case will resolve without

1

need for trial. The government and defendant agree that an exclusion of time is appropriate under 18 U.S.C. 3161(h)(7)(B)(iv); Local Code T4 (reasonable time for effective preparation). This exclusion of time includes the period from June 18, 2013, up to and including July 9, 2013.

Angeles Zaragoza has authorized Assistant United States Attorney Olusere Olowoyeye to sign this stipulation on her behalf.

DATED: June 14, 2013          By: /s/ Olusere A. Olowoyeye
                                          OLUSERE OLOWOYEYE
                                          Assistant U.S. Attorney

DATED: June 14, 2013          By: /s/ Olusere Olowoyeye for
                                          ANGELES ZARAGOZA
                                          Attorney for Defendant
                                          ROBERT LEE PERRY JR.

**IT IS HEREBY ORDERED**:

1. The status conference set for June 18, 2013, is continued to July 9, 2013, at 9:15 a.m.

2. Based on the stipulations and representations of the parties, the Court finds that the ends of justice outweigh the best interest of the public and defendants in a speedy trial. Accordingly, time under the Speedy Trial Act shall be excluded

under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 (reasonable time to prepare) from June 18, 2013, up to and including July 9, 2013.

IT IS SO ORDERED.

Date: June 17, 2013

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT