BENJAMIN B. WAGNER
United States Attorney
OLUSERE OLOWOYEYE
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2891

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) CR. 2:13-cr-0049 LKK |
| Plaintiff, | ) |
| | ) STIPULATION AND |
| | ) ORDER CONTINUING STATUS |
| v. | ) CONFERENCE |
| | ) |
| ROBERT LEE PERRY JR., | ) |
| | ) |
| Defendant. | ) |
| | ) |

   IT IS HEREBY STIPULATED by and between Plaintiff United
States of America and Attorney Angeles Zaragoza on behalf of
Defendant ROBERT LEE PERRY JR., that the status conference
scheduled for July 9, 2013, be continued to August 13, 2013, at
9:15 a.m.

   The request to continue the status conference is made to
allow for counsel to retrieve requested state court conviction
records, further investigate the potential application of
U.S.S.G. § 4B1.4, Armed Career Criminal, and to allow counsel
reasonable time necessary for effective preparation in light of
those findings. The parties believe that the case will resolve

without need for trial. The government and defendant agree that an exclusion of time is appropriate under 18 U.S.C. 3161(h)(7)(B)(iv); Local Code T4 (reasonable time for effective preparation). This exclusion of time includes the period from July 9, 2013, up to and including August 13, 2013.

Angeles Zaragoza has authorized Assistant United States Attorney Olusere Olowoyeye to sign this stipulation on her behalf.


DATED: July 3, 2013          By: /s/ Olusere A. Olowoyeye
                                  OLUSERE OLOWOYEYE
                                  Assistant U.S. Attorney


DATED: July 3, 2013          By: /s/ Olusere Olowoyeye for
                                  ANGELES ZARAGOZA
                                  Attorney for Defendant
                                  ROBERT LEE PERRY JR.


**IT IS HEREBY ORDERED**:

1.   The status conference set for July 9, 2013, is continued to August 13, 2013, at 9:15 a.m.

2.   Based on the stipulations and representations of the parties, the Court finds that the ends of justice outweigh the best interest of the public and defendants in a speedy trial. Accordingly, time under the Speedy Trial Act shall be excluded under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 (reasonable

time to prepare) from June 18, 2013, up to and including July 9, 2013.

IT IS SO ORDERED.


Date: July 8, 2013

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT