| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | MATTHEW C. BOCKMON, #161566 |
| | Assistant Federal Defender |
| 3 | 801 I Street, 3rd Floor |
| | Sacramento, California 95814 |
| 4 | Telephone: (916) 498-5700 |
| 5 | Attorney for Defendant |
| | ROBERT PERRY |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA, | ) | Cr.S. 13-0049-LKK | |
| | ) | | |
| Plaintiff, | ) | **STIPULATION AND ORDER CONTINUING** | |
| | ) | **STATUS CONFERENCE AND EXCLUDING** | |
| v. | ) | **TIME** | |
| | ) | | |
| ROBERT PERRY, | ) | DATE: | September 10, 2013 |
| | ) | TIME: | 9:15 a.m. |
| Defendant. | ) | JUDGE: | Hon. Lawrence K. Karlton |
| | ) | | |
| _____ | ) | | |

ROBERT PERRY by and through his counsel, MATTHEW C. BOCKMON, Assistant Federal Defender, and OLUSERE OLOWOYEYE, Assistant United States Attorney, hereby agree that the status conference set for August 13, 2013, be continued to September 10, 2013, at 9:15 a.m..

This case was reassigned to Matthew C. Bockmon due to the departure of Angeles Zaragoza from the Office of the Federal Defender. This continuance is sought in order to consult further with Mr. Perry regarding investigation, motions, procedural options open to him, possible resolution of the case and other aspects of defense preparation.

Counsel, along with the defendant, agree that the time from the date of this order through September 10, 2013, should be excluded in computing the time within which trial must commence under the Speedy Trial Act, §§3161(h)(7)(A)and(B)(iv) and Local Code T4, [reasonable time to prepare] and that the ends of justice served by this continuance outweigh the best interests of the public and the defendants in a speedy trial.

| | | |
|---|---|---|
| DATED: August 5, 2013 | | Respectfully submitted, |
| | | HEATHER E. WILLIAMS<br>Federal Defender |
| | | /s/ Matthew C. Bockmon<br>MATTHEW C. BOCKMON<br>Assistant Federal Defender<br>Attorney for Defendant<br>ROBERT PERRY |
| DATE: August 5, 2013 | | BENJAMIN B. WAGNER<br>United States Attorney |
| | | /s/ Matthew C. Bockmon for<br>OLUSERE OLOWOYEYE<br>Assistant United States Attorney |

**O R D E R**

IT IS HEREBY ORDERED that this matter is continued to Tuesday, September 10, 2013, at 9:15 a.m., for further Status Conference.

IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161 (h)(7)(B)(iv) and Local Code T4, the period from the date of this stipulation up to and including September 10, 2013, is excluded from the time computations required by the Speedy Trial Act due to ongoing preparation of counsel. The Court finds that the ends of justice served by this continuance outweigh the best interests of the public and the defendants in a speedy trial.

Dated: August 8, 2013

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT