HEATHER E. WILLIAMS, #122664
Federal Defender
MATTHEW C. BOCKMON, #161566
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700

Attorney for Defendant
ROBERT PERRY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 13-cr-049 LKK |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER TO CONTINUE |
| | ) STATUS CONFERENCE AND TO EXCLUDE |
| v. | ) TIME |
| ROBERT PERRY, | ) Date: October 22, 2013 |
| | ) Time: 9:15 a.m. |
| Defendant. | ) Judge: Honorable Lawrence K. Karlton |

ROBERT PERRY by and through his counsel, MATTHEW C. BOCKMON, Assistant Federal Defender, and OLUSERE OLOWOYEYE, Assistant United States Attorney, hereby agree that the status conference/change of plea set for October 8, 2013, be continued to October 22, 2013, at 9:15 a.m..

This continuance is sought because defense counsel will be in trial (*United States v. Stamper*, 11-407) which is scheduled to commence on October 7, 2013 at 1:30 p.m. before the Honorable Kimberly J. Mueller. Additionally, counsel needs time to review the proposed plea agreement with the defendant.

Counsel, along with the defendant, agree that the time from the date of this order through October 22, 2013, should be excluded in computing the time within which trial must commence under the Speedy Trial Act, §§3161(h)(7)(A)and(B)(iv) and Local Code T4, [reasonable time to prepare] and that the ends of justice served by this continuance outweigh the best interests of the public and the defendants in a speedy trial.

Stipulation and Order to Continue -1- *US v. Perry, 13-CR-049 LKK*

| | | |
|---|---|---|
| DATED: October 2, 2013 | | Respectfully submitted, |
| | | HEATHER E. WILLIAMS |
| | | Federal Defender |
| | | |
| | | */s/ Matthew C. Bockmon* |
| | | MATTHEW C. BOCKMON |
| | | Assistant Federal Defender |
| | | Attorney for Defendant |
| | | ROBERT PERRY |
| | | |
| DATE: October 2, 2013 | | BENJAMIN B. WAGNER |
| | | United States Attorney |
| | | |
| | | */s/ Matthew C. Bockmon for* |
| | | OLUSERE OLOWOYEYE |
| | | Assistant United States Attorney |

# **O R D E R**

IT IS HEREBY ORDERED that this matter is continued to Tuesday, October 22, 2013, at 9:15 a.m., for status conference/change of plea.

IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161 (h)(7)(B)(iv) and Local Code T4, the period from the date of this stipulation up to and including October 22, 2013, is excluded from the time computations required by the Speedy Trial Act due to ongoing preparation of counsel, and that the ends of justice served by this continuance outweigh the best interests of the public and the defendants in a speedy trial.

Dated: October 8, 2013

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT